| EFFECTIVE | DESCRIPTION | NXT DUE/REF | REVERSED | AMTOUNT | PRINCIPAL | INTEREST | ESCROW |
|---|---|---|---|---|---|---|---|
| 12/7/2001 | Loan Disbursement | | | -55,177.77 | -55,177.77 | 0 | 0 |
| 12/19/2001 | Regular Payment | | 1/1/2002 | 502.47 | 22.42 | 480.05 | 0 |
| 1/23/2002 | Regular/Spread | | 2/1/2002 | 502.47 | 22.62 | 479.85 | 0 |
| 1/23/2002 | Principal Payment | | | 12.56 | 12.56 | 0 | 0 |
| 3/8/2002 | Regular/Spread | | 3/1/2002 | 515.03 | 22.92 | 479.55 | 0 |
| 3/26/2002 | Regular/Spread | | 4/1/2002 | 515.03 | 23.12 | 479.35 | 0 |
| 4/23/2002 | Regular/Spread | | 5/1/2002 | 515.03 | 23.33 | 479.14 | 0 |
| 5/24/2002 | Regular/Spread | | 6/1/2002 | 515.03 | 23.53 | 478.94 | 0 |
| 8/6/2002 | Regular Multiple/Rei | | 7/1/2002 | 622.59 | 23.73 | 478.74 | 0 |
| 8/6/2002 | Regular Multiple/Rei | | 8/1/2002 | 597.47 | 23.94 | 478.53 | 0 |
| 8/6/2002 | Regular Multiple/Rei | | 9/1/2002 | 510.22 | 24.15 | 478.32 | 0 |
| 9/30/2002 | Regular Payment | | 10/1/2002 | 527.59 | 24.36 | 478.11 | 0 |
| 11/12/2002 | Regular Multiple/Spr | | 11/1/2002 | 502.47 | 24.57 | 477.9 | 0 |
| 11/12/2002 | Regular Multiple/Spr | | 12/1/2002 | 527.59 | 24.78 | 477.69 | 0 |
| 1/30/2003 | Regular Multiple/Spr | | 1/1/2003 | 692.47 | 25 | 477.47 | 0 |
| 1/30/2003 | Regular Multiple/Spr | | 2/1/2003 | 527.59 | 25.22 | 477.25 | 0 |
| 3/3/2003 | Regular/Spread | | 3/1/2003 | 527.59 | 25.44 | 477.03 | 0 |
| 4/21/2003 | Regular Multiple/Spr | | 4/1/2003 | 552.71 | 25.66 | 476.81 | 0 |
| 4/21/2003 | Regular Multiple/Spr | | 5/1/2003 | 502.47 | 25.88 | 476.59 | 0 |
| 6/4/2003 | Insurance Escrow Dis | | | -722.5 | 0 | 0 | -722.5 |
| 6/4/2003 | Regular/Spread | | 6/1/2003 | 527.59 | 26.11 | 476.36 | 5.48 |
| 7/14/2003 | Regular/Spread | | 7/1/2003 | 628.07 | 26.33 | 476.14 | 0 |
| 7/21/2003 | Regular/Spread | | 8/1/2003 | 527.59 | 26.56 | 475.91 | 0 |
| 8/26/2003 | Regular/Spread | | 9/1/2003 | 602.95 | 26.79 | 475.68 | 61.2 |
| 9/22/2003 | Regular/Spread | | 10/1/2003 | 667.35 | 27.03 | 475.44 | 0 |
| 2/20/2004 | Forbearance Payment | | | 1,509.00 | 0 | 0 | 0 |
| 2/20/2004 | Altplan Suspense Adj | | | 0 | 0 | 0 | 0 |
| 2/20/2004 | Regular Multiple/Spr | | 11/1/2003 | 0 | 27.26 | 475.21 | 0 |
| 2/20/2004 | Regular Multiple/Spr | | 12/1/2003 | 0 | 27.5 | 474.97 | 0 |
| 2/20/2004 | Regular Multiple/Spr | | 1/1/2004 | 0 | 27.74 | 474.73 | 0 |
| 4/5/2004 | Forbearance Payment | | | 550 | 0 | 0 | 0 |
| 4/5/2004 | Altplan Suspense Adj | | | 0 | 0 | 0 | 0 |
| 4/5/2004 | Regular/Spread | | 2/1/2004 | 0 | 27.98 | 474.49 | 0 |
| 4/16/2004 | Tax Escrow Disbursem | | | -3,574.87 | 0 | 0 | -3,574.87 |
| 5/13/2004 | Forbearance Payment | | | 550 | 0 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/13/2004 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 5/13/2004 | Regular/Spread | 3/1/2004 | 0 | 28.22 | 474.25 | 0 |
| 5/14/2004 | Tax Escrow Credit | | 150.02 | 0 | 0 | 150.02 |
| 6/15/2004 | Forbearance Payment | | 550 | 0 | 0 | 0 |
| 6/15/2004 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 6/15/2004 | Regular/Spread | 4/1/2004 | 0 | 28.47 | 474 | 0 |
| 7/22/2004 | Forbearance Payment | | 759.2 | 0 | 0 | 0 |
| 7/22/2004 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 7/22/2004 | Regular/Spread | 5/1/2004 | 0 | 28.72 | 473.75 | 256.73 |
| 9/13/2004 | Insurance Escrow Dis | | -1,561.66 | 0 | 0 | -1,561.66 |
| 11/30/2004 | Forbearance Payment | | 2,280.00 | 0 | 0 | 0 |
| 11/30/2004 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 11/30/2004 | Regular Multiple/Spr | 6/1/2004 | 0 | 28.97 | 473.5 | 256.73 |
| 11/30/2004 | Regular Multiple/Spr | 7/1/2004 | 0 | 29.22 | 473.25 | 256.73 |
| 11/30/2004 | Regular Multiple/Spr | 8/1/2004 | 0 | 29.47 | 473 | 256.73 |
| 12/22/2004 | Tax Escrow Disbursem | | -1,419.53 | 0 | 0 | -1,419.53 |
| 12/31/2004 | Forbearance Payment | | 860 | 0 | 0 | 0 |
| 12/31/2004 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 12/31/2004 | Regular/Spread | 9/1/2004 | 0 | 29.73 | 472.74 | 256.73 |
| 2/1/2005 | Forbearance Payment | | 860 | 0 | 0 | 0 |
| 2/1/2005 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 2/1/2005 | Regular Multiple/Spr | 10/1/2004 | 0 | 29.99 | 472.48 | 256.73 |
| 2/1/2005 | Regular Multiple/Spr | 11/1/2004 | 0 | 30.25 | 472.22 | 10.59 |
| 4/29/2005 | Insurance Escrow Dis | | -1,561.66 | 0 | 0 | -1,561.66 |
| 6/30/2005 | Forbearance Payment | | 2,000.00 | 0 | 0 | 0 |
| 6/30/2005 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 6/30/2005 | Regular Multiple/Spr | 12/1/2004 | 0 | 30.51 | 471.96 | 256.73 |
| 6/30/2005 | Regular Multiple/Spr | 1/1/2005 | 0 | 30.78 | 471.69 | 256.73 |
| 6/30/2005 | Regular Multiple/Spr | 2/1/2005 | 20.87 | 31.04 | 471.43 | 0 |
| 6/30/2005 | Other Advance Adjust | | -20.87 | 0 | 0 | 0 |
| 8/23/2005 | Forbearance Payment | | 800 | 0 | 0 | 0 |
| 8/23/2005 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 8/23/2005 | Regular/Spread | 3/1/2005 | 0 | 31.31 | 471.16 | 256.73 |
| 12/1/2005 | Tax Escrow Disbursem | | -1,577.16 | 0 | 0 | -1,577.16 |
| 3/15/2006 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 4/11/2006 | Regular Payment | 4/1/2005 | 759.2 | 35.35 | 467.12 | 256.73 |
| 4/28/2006 | Insurance Escrow Dis | | -1,561.66 | 0 | 0 | -1,561.66 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/10/2006 | Regular Payment | 5/1/2005 | 759.2 | 35.66 | 466.81 | 256.73 |
| 6/5/2006 | Prepetition Payment | | 265.18 | 0 | 0 | 0 |
| 6/14/2006 | Regular Payment | 6/1/2005 | 759.2 | 35.97 | 466.5 | 256.73 |
| 7/3/2006 | Prepetition Payment | | 405.05 | 0 | 0 | 0 |
| 7/3/2006 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 7/17/2006 | Regular/Spread | 7/1/2005 | 759.2 | 36.28 | 466.19 | 256.73 |
| 7/31/2006 | Prepetition Payment | | 387.45 | 0 | 0 | 0 |
| 7/31/2006 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 8/15/2006 | Regular/Spread | 8/1/2005 | 759.2 | 36.6 | 465.87 | 256.73 |
| 9/5/2006 | Prepetition Payment | | 459.87 | 0 | 0 | 0 |
| 9/5/2006 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 9/15/2006 | Regular/Spread | 9/1/2005 | 759.2 | 36.92 | 465.55 | 256.73 |
| 10/2/2006 | Prepetition Payment | | 305.06 | 0 | 0 | 0 |
| 10/16/2006 | Regular Payment | 10/1/2005 | 759.2 | 37.24 | 465.23 | 256.73 |
| 11/2/2006 | Prepetition Payment | | 527.19 | 0 | 0 | 0 |
| 11/2/2006 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 11/15/2006 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 11/15/2006 | Regular Payment | 11/1/2005 | 0 | 33.8 | 468.67 | 0 |
| 12/5/2006 | Prepetition Payment | | 410.89 | 0 | 0 | 0 |
| 12/5/2006 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 12/5/2006 | Spread Payment | | 0 | 0 | 0 | 0 |
| 12/6/2006 | Regular Payment | 12/1/2005 | 0 | 34.09 | 468.38 | 0 |
| 12/19/2006 | Tax Escrow Disbursem | | -1,541.57 | 0 | 0 | -1,541.57 |
| 12/19/2006 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 12/19/2006 | Regular Payment | 1/1/2006 | 0 | 34.39 | 468.08 | 0 |
| 1/4/2007 | Prepetition Payment | | 446.66 | 0 | 0 | 0 |
| 1/4/2007 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 1/4/2007 | Spread Payment | | 0 | 0 | 0 | 0 |
| 1/4/2007 | Regular Payment | 2/1/2006 | 0 | 34.69 | 467.78 | 0 |
| 1/17/2007 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 1/17/2007 | Regular Payment | 3/1/2006 | 0 | 34.99 | 467.48 | 0 |
| 2/2/2007 | Prepetition Payment | | 420.31 | 0 | 0 | 0 |
| 2/2/2007 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 2/2/2007 | Spread Payment | | 0 | 0 | 0 | 0 |
| 2/2/2007 | Regular Payment | 4/1/2006 | 0 | 35.29 | 467.18 | 0 |
| 2/13/2007 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 2/13/2007 | Regular Payment | 5/1/2006 | 0 | 35.6 | 466.87 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/5/2007 | Bankruptcy Plan Inte | | 154.04 | 0 | 0 | 0 |
| 3/5/2007 | Prepetition Payment | | 257.6 | 0 | 0 | 0 |
| 3/19/2007 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 3/19/2007 | Regular Payment | 6/1/2006 | 0 | 35.91 | 466.56 | 0 |
| 4/2/2007 | Bankruptcy Plan Inte | | 151.8 | 0 | 0 | 0 |
| 4/2/2007 | Prepetition Payment | | 326.42 | 0 | 0 | 0 |
| 4/2/2007 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 4/2/2007 | Spread Payment | | 0 | 0 | 0 | 0 |
| 4/2/2007 | Regular Payment | 7/1/2006 | 0 | 36.22 | 466.25 | 0 |
| 4/16/2007 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 4/16/2007 | Regular Payment | 8/1/2006 | 0 | 36.54 | 465.93 | 0 |
| 4/30/2007 | Bankruptcy Plan Inte | | 148.96 | 0 | 0 | 0 |
| 4/30/2007 | Prepetition Payment | | 295.97 | 0 | 0 | 0 |
| 4/30/2007 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 4/30/2007 | Spread Payment | | 0 | 0 | 0 | 0 |
| 4/30/2007 | Regular Payment | 9/1/2006 | 0 | 36.85 | 465.62 | 0 |
| 5/8/2007 | Insurance Escrow Dis | | -1,561.66 | 0 | 0 | -1,561.66 |
| 5/16/2007 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 5/16/2007 | Regular Payment | 10/1/2006 | 0 | 37.18 | 465.29 | 0 |
| 6/4/2007 | Bankruptcy Plan Inte | | 146.38 | 0 | 0 | 0 |
| 6/4/2007 | Prepetition Payment | | 298.55 | 0 | 0 | 0 |
| 6/14/2007 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 6/14/2007 | Regular Payment | 11/1/2006 | 0 | 37.5 | 464.97 | 0 |
| 7/3/2007 | Bankruptcy Plan Inte | | 143.79 | 0 | 0 | 0 |
| 7/3/2007 | Prepetition Payment | | 301.14 | 0 | 0 | 0 |
| 7/3/2007 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 7/3/2007 | Spread Payment | | 0 | 0 | 0 | 0 |
| 7/3/2007 | Regular Payment | 12/1/2006 | 0 | 37.82 | 464.65 | 0 |
| 7/16/2007 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 7/16/2007 | Regular Payment | 1/1/2007 | 0 | 38.15 | 464.32 | 0 |
| 8/3/2007 | Bankruptcy Plan Inte | | 141.17 | 0 | 0 | 0 |
| 8/3/2007 | Prepetition Payment | | 303.76 | 0 | 0 | 0 |
| 8/20/2007 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 8/20/2007 | Regular Payment | 2/1/2007 | 0 | 38.49 | 463.98 | 0 |
| 9/5/2007 | Bankruptcy Plan Inte | | 138.52 | 0 | 0 | 0 |
| 9/5/2007 | Prepetition Payment | | 306.41 | 0 | 0 | 0 |
| 9/5/2007 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/5/2007 | Spread Payment | | 0 | 0 | 0 | 0 |
| 9/5/2007 | Regular Payment | 3/1/2007 | 0 | 38.82 | 463.65 | 0 |
| 9/18/2007 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 9/18/2007 | Regular Payment | 4/1/2007 | 0 | 39.16 | 463.31 | 0 |
| 10/3/2007 | Bankruptcy Plan Inte | | 135.86 | 0 | 0 | 0 |
| 10/3/2007 | Prepetition Payment | | 309.07 | 0 | 0 | 0 |
| 10/3/2007 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 10/3/2007 | Spread Payment | | 0 | 0 | 0 | 0 |
| 10/3/2007 | Regular Payment | 5/1/2007 | 0 | 39.5 | 462.97 | 0 |
| 10/17/2007 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 10/17/2007 | Regular Payment | 6/1/2007 | 0 | 39.84 | 462.63 | 0 |
| 11/14/2007 | Bankruptcy Plan Inte | | 133.17 | 0 | 0 | 0 |
| 11/14/2007 | Prepetition Payment | | 311.76 | 0 | 0 | 0 |
| 11/16/2007 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 11/16/2007 | Regular Payment | 7/1/2007 | 0 | 40.19 | 462.28 | 0 |
| 12/3/2007 | Bankruptcy Plan Inte | | 130.46 | 0 | 0 | 0 |
| 12/3/2007 | Prepetition Payment | | 274.77 | 0 | 0 | 121.8 |
| 12/3/2007 | Altplan Suspense Adj | | 0 | 0 | 0 | 0 |
| 12/3/2007 | Spread Payment | | 0 | 0 | 0 | 0 |
| 12/3/2007 | Regular Payment | 8/1/2007 | 0 | 40.54 | 461.93 | 0 |
| 12/14/2007 | Tax Escrow Disbursem | | -1,420.73 | 0 | 0 | -1,420.73 |
| 1/2/2008 | Bankruptcy Plan Inte | | 128.07 | 0 | 0 | 0 |
| 1/2/2008 | Prepetition Payment | | 356.56 | 0 | 0 | 356.56 |
| 1/3/2008 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 1/3/2008 | Regular Payment | 9/1/2007 | 0 | 40.89 | 461.58 | 0 |
| 1/21/2008 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 1/21/2008 | Regular Payment | 10/1/2007 | 0 | 41.25 | 461.22 | 0 |
| 2/5/2008 | Bankruptcy Plan Inte | | 124.96 | 0 | 0 | 0 |
| 2/5/2008 | Prepetition Payment | | 319.97 | 0 | 0 | 319.97 |
| 2/25/2008 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 2/25/2008 | Regular Payment | 11/1/2007 | 0 | 41.61 | 460.86 | 0 |
| 3/3/2008 | Bankruptcy Plan Inte | | 122.18 | 0 | 0 | 0 |
| 3/3/2008 | Prepetition Payment | | 322.75 | 0 | 0 | 322.75 |
| 3/21/2008 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 3/21/2008 | Regular Payment | 12/1/2007 | 0 | 41.97 | 460.5 | 0 |
| 4/4/2008 | Bankruptcy Plan Inte | | 119.37 | 0 | 0 | 0 |
| 4/4/2008 | Prepetition Payment | | 325.56 | 0 | 0 | 325.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/21/2008 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 4/21/2008 | Regular Payment | 1/1/2008 | 0 | 42.33 | 460.14 | 0 |
| 5/1/2008 | Insurance Escrow Dis | | -1,561.06 | 0 | 0 | -1,561.06 |
| 5/6/2008 | Bankruptcy Plan Inte | | 116.54 | 0 | 0 | 0 |
| 5/6/2008 | Prepetition Payment | | 328.39 | 0 | 0 | 328.39 |
| 5/27/2008 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 5/27/2008 | Regular Payment | 2/1/2008 | 0 | 42.7 | 459.77 | 0 |
| 6/2/2008 | Bankruptcy Plan Inte | | 113.68 | 0 | 0 | 0 |
| 6/2/2008 | Prepetition Payment | | 297.82 | 0 | 0 | 297.82 |
| 6/26/2008 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 6/26/2008 | Regular Payment | 3/1/2008 | 0 | 43.07 | 459.4 | 0 |
| 6/30/2008 | Bankruptcy Plan Inte | | 111.09 | 0 | 0 | 0 |
| 6/30/2008 | Prepetition Payment | | 367.27 | 0 | 0 | 367.27 |
| 7/28/2008 | Spread Payment | | 784.32 | 0 | 0 | 256.73 |
| 7/28/2008 | Regular Payment | 4/1/2008 | 0 | 43.45 | 459.02 | 0 |
| 8/1/2008 | Bankruptcy Plan Inte | | 107.9 | 0 | 0 | 0 |
| 8/1/2008 | Prepetition Payment | | 337.03 | 0 | 0 | 337.03 |
| 8/28/2008 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 8/28/2008 | Regular Payment | 5/1/2008 | 0 | 43.83 | 458.64 | 0 |
| 8/30/2008 | Bankruptcy Plan Inte | | 104.96 | 0 | 0 | 0 |
| 8/30/2008 | Prepetition Payment | | 339.97 | 0 | 0 | 339.97 |
| 9/30/2008 | Misc Susp Payment | | 377.4 | 0 | 0 | 0 |
| 10/2/2008 | Bankruptcy Plan Inte | | 102.01 | 0 | 0 | 0 |
| 10/2/2008 | Prepetition Payment | | 342.92 | 0 | 0 | 342.92 |
| 10/20/2008 | Spread Payment | | 759.2 | 0 | 0 | 256.73 |
| 10/20/2008 | Regular Payment | 6/1/2008 | 0 | 44.21 | 458.26 | 0 |
| 11/3/2008 | Bankruptcy Plan Inte | | 99.02 | 0 | 0 | 0 |
| 11/3/2008 | Prepetition Payment | | 345.91 | 0 | 0 | 345.91 |
| 11/12/2008 | Tax Escrow Disbursem | | -1,564.98 | 0 | 0 | -1,564.98 |
| 11/29/2008 | Bankruptcy Plan Inte | | 96.01 | 0 | 0 | 0 |
| 11/29/2008 | Prepetition Payment | | 348.92 | 0 | 0 | 348.92 |

| SUSPENSE | OTHER |
| ---: | ---: |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 12.56 |
| 0 | 12.56 |
| 0 | 12.56 |
| 0 | 12.56 |
| 0 | 120.12 |
| 0 | 95 |
| 0 | 7.75 |
| 0 | 25.12 |
| 0 | 0 |
| 0 | 25.12 |
| 0 | 190 |
| 0 | 25.12 |
| 0 | 25.12 |
| 0 | 50.24 |
| 0 | 0 |
| 0 | 0 |
| 0 | 19.64 |
| 0 | 125.6 |
| 0 | 25.12 |
| 0 | 39.28 |
| 0 | 164.88 |
| 1,509.00 | 0 |
| -1,509.00 | 1,509.00 |
| 0 | -502.47 |
| 0 | -502.47 |
| 0 | -502.47 |
| 550 | 0 |
| -550 | 550 |
| 0 | -502.47 |
| 0 | 0 |
| 550 | 0 |



| | |
|---|---|
| -550 | 550 |
| 0 | -502.47 |
| 0 | 0 |
| 550 | 0 |
| -550 | 550 |
| 0 | -502.47 |
| 759.2 | 0 |
| -759.2 | 759.2 |
| 0 | -759.2 |
| 0 | 0 |
| 2,280.00 | 0 |
| -2,280.00 | 2,280.00 |
| 0 | -759.2 |
| 0 | -759.2 |
| 0 | -759.2 |
| 0 | 0 |
| 860 | 0 |
| -860 | 860 |
| 0 | -759.2 |
| 860 | 0 |
| -860 | 860 |
| 0 | -759.2 |
| 0 | -513.06 |
| 0 | 0 |
| 2,000.00 | 0 |
| -2,000.00 | 2,000.00 |
| 0 | -759.2 |
| 0 | -759.2 |
| 0 | -481.6 |
| 0 | -20.87 |
| 800 | 0 |
| -800 | 800 |
| 0 | -759.2 |
| 0 | 0 |
| 40.8 | -40.8 |
| 0 | 0 |
| 0 | 0 |

| | |
|---|---|
| 0 | 0 |
| 265.18 | 0 |
| 0 | 0 |
| 405.05 | 0 |
| -502.47 | 502.47 |
| 0 | 0 |
| 387.45 | 0 |
| -502.47 | 502.47 |
| 0 | 0 |
| 459.87 | 0 |
| -502.47 | 502.47 |
| 0 | 0 |
| 305.06 | 0 |
| 0 | 0 |
| 527.19 | 0 |
| -502.47 | 502.47 |
| 0 | 502.47 |
| 0 | -502.47 |
| 410.89 | 0 |
| -502.47 | 502.47 |
| 0 | 0 |
| 0 | -502.47 |
| 0 | 0 |
| 0 | 502.47 |
| 0 | -502.47 |
| 446.66 | 0 |
| -502.47 | 502.47 |
| 0 | 0 |
| 0 | -502.47 |
| 0 | 502.47 |
| 0 | -502.47 |
| 420.31 | 0 |
| -502.47 | 502.47 |
| 0 | 0 |
| 0 | -502.47 |
| 0 | 502.47 |
| 0 | -502.47 |

| | |
|---|---|
| 0 | 154.04 |
| 257.6 | 0 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 151.8 |
| 326.42 | 0 |
| -502.47 | 502.47 |
| 0 | 0 |
| 0 | -502.47 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 148.96 |
| 295.97 | 0 |
| -502.47 | 502.47 |
| 0 | 0 |
| 0 | -502.47 |
| 0 | 0 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 146.38 |
| 298.55 | 0 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 143.79 |
| 301.14 | 0 |
| -502.47 | 502.47 |
| 0 | 0 |
| 0 | -502.47 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 141.17 |
| 303.76 | 0 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 138.52 |
| 306.41 | 0 |
| -502.47 | 502.47 |

| | |
|---|---|
| 0 | 0 |
| 0 | -502.47 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 135.86 |
| 309.07 | 0 |
| -502.47 | 502.47 |
| 0 | 0 |
| 0 | -502.47 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 133.17 |
| 311.76 | 0 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 130.46 |
| 152.97 | 0 |
| -502.47 | 502.47 |
| 0 | 0 |
| 0 | -502.47 |
| 0 | 0 |
| 0 | 128.07 |
| 0 | 0 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 124.96 |
| 0 | 0 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 122.18 |
| 0 | 0 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 119.37 |
| 0 | 0 |



| | |
|---|---|
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 0 |
| 0 | 116.54 |
| 0 | 0 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 113.68 |
| 0 | 0 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 111.09 |
| 0 | 0 |
| 0 | 527.59 |
| 0 | -502.47 |
| 0 | 107.9 |
| 0 | 0 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 104.96 |
| 0 | 0 |
| 377.4 | 0 |
| 0 | 102.01 |
| 0 | 0 |
| 0 | 502.47 |
| 0 | -502.47 |
| 0 | 99.02 |
| 0 | 0 |
| 0 | 0 |
| 0 | 96.01 |
| 0 | 0 |